UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

CRIMINAL NO. 3:07CR32-C

JUN 1 2 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA, )
)
            Plaintiff, )
)
v. )
)    **CONSENT ORDER AND**
)    **JUDGMENT OF FORFEITURE**
WALTER CLIFTON MARTIN, JR. )
)
            Defendant.

BASED UPON the terms of the plea agreement between the United States of America and defendant, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the defendant has pled guilty and that the defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1. the following property is forfeited to the United States pursuant to 18 U.S.C. §924(d), 18 U.S.C. §982, 21 U.S.C. §853, 26 U.S.C. §5872, and/or 28 U.S.C. §2461(c):

1. Browning 9mm pistol, serial number 511MY53113
2. Keltec .32 caliber, model P32 pistol, serial number C2L37
3. Keltec .32 caliber, model P32 pistol, serial number 92531
4. Glock .40 caliber, model 23 pistol, serial number CYP 604
5. Smith & Wesson 9mm, model 915 pistol, serial number TZY8912
6. Glock .357 caliber, model 33 pistol, serial number GKA025
7. Norinco SKS .22 caliber rifle, serial number 14083408K
8. Rossi .44 caliber, model 72D revolver, serial number AB136707
9. Beretta .40 caliber, model 96 pistol, serial number BER223164
10. Smith & Wesson .44 caliber, model 23-2 revolver, serial number N626548

11. Ruger .22 caliber, model 10-22 rifle, serial number 24214535
12. Rossi 12-gauge shotgun, model 6784, serial number R90414
13. Remington 12-gauge, model 11-87 shotgun, serial number 98DU2934
14. Norinco 7.62 caliber rifle, serial number 9115
15. Remington .22 caliber rifle, model 700, serial number E6629746
16. Winchester 12-gauge, model 1300 shotgun, serial number L2739698
17. Remingtion 12-gauge, model 870 shotgun, serial number W359114M
18. Ruger .223 caliber, model ranch rifle, serial number 18885015
19. Deutsche Waffen .30 caliber, model Mauser rifle
20. Norinco .22 caliber, model 22 rifle, serial number 903635

21. SKB Arms 12-gauge, model 585 shotgun, serial number AS06300
22. Franchi 20-gauge, model SPA shotgun, serial number 4040479
23. Mossberg 12-gauge, model 88 shotgun, serial number MV90898E
24. Remington 20-gauge, model 1100 shotgun, serial number R142930K
25. Remingtion .270 caliber, model 710 rifle, serial number 71068652
26. Ruger .22 caliber, model 10-22 rifle, serial number 23797834
27. Erma .22 caliber, model Gesichert pistol, serial number 15539
28. Browning 9mm, model 9 pistol, serial number 450040
29. Browning .22 caliber, model Buckmark pistol
30. Remington .22 caliber, model 550 rifle, serial number RC41
31. Colt .25 caliber, model Colt auto pistol, serial number 160779
32. Remington 30.06 caliber, model 700 rifle, serial number A6276481
33. Boito 10-gauge shotgun, serial number 42495
34. Universal Firearms Corp, .30 caliber, model US Carbine rifle, serial number 81626
35. Breda, 12-gauge, model B4 shotgun, serial number 1585
36. Ithaca, 12-gauge, model 37 shotgun, serial number 1001995
37. Beretta, .9 caliber, model 9 Para pistol, serial number NCHP0543
38. Browning, .22 caliber, model 22 rifle, serial number 02405MM212
39. Springfield Arms, .22 caliber, model 1911 pistol, serial number N391799

2. the United States Marshal and/or other property custodian for the investigative agency is authorized to take possession and maintain custody of the above-described tangible property;

3. upon the seizure of any property to satisfy all or part of the judgment, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this forfeiture as required by law;

4. any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest;

5. following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order and judgment of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

Signed this the 12th day of June, 2007.

Carl Horn, III
UNITED STATES MAGISTRATE JUDGE

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. §924(d), 18 U.S.C. §982, 21 U.S.C. §853, 26 U.S.C. §5872, and/or 28 U.S.C. §2461(c). The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

/per Keith M. Cave
Assistant United States Attorney

Walter Clifton Martin, Jr
Defendant

LAWRENCE W. HEWITT
Attorney for Defendant

3