IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr32

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| WALTER CLIFTON MARTIN ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the government (Doc. No. 15) to dismiss only the Superseding Indictment (Doc. No. 13) without prejudice, pursuant to Fed. R. Crim. P. 48(a).

**IT IS THEREFORE ORDERED** that the government is granted leave to dismiss the Superseding Indictment (Doc. No. 13) in the above captioned case without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: November 13, 2007

Robert J. Conrad, Jr.
Chief United States District Judge