IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr32

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| WALTER CLIFTON MARTIN | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion.

The Court has been informed that the Bureau of Prisons has not completed its review of the Court's recommendation (Doc. No. 43: Amended Judgment) that the defendant be allowed to serve his sentence in a half-way house. Therefore, the Court finds good cause to extend the deadline for reporting to serve his sentence for forty-five days to enable the BOP to complete its designation process.

**IT IS, THEREFORE, ORDERED** that the deadline for self-reporting is extended until August 3, 2009, during which he shall remain under the previously-ordered bond conditions (Doc. No. 6: Order Setting Conditions of Release; Doc. No. 20: Order Modifying Conditions of Release).

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: June 16, 2009

Robert J. Conrad, Jr.
Chief United States District Judge