# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:07CR32-C

FILED
CHARLOTTE, NC

AUG 07 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

**UNITED STATES OF AMERICA**

**V.**

**MEMORANDUM AND ORDER**

**Walter Clifton Martin, Jr.**

**THIS MATTER** is before the Court on the request of the U.S. Probation Office, Western District of North Carolina, in that property seized while the above defendant was under Pretrial supervision, one 300MM rifle bullet and three 9MM bullets, be ordered destroyed. The above defendant is still under Pretrial bond and is awaiting designation for the service of his sentence.

**IT IS, THEREFORE ORDERED** that the Probation Office for the Western District of North Carolina, Charlotte, NC is hereby authorized to destroy the above noted seized items.

_8-6-09_
Date

_[signature]_
Signature of Judicial Officer

Robert J. Conrad, Chief U.S. District Judge
Name and Title of Judicial Officer